

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00232-CV

WCJ ASSETS, LTD., Appellant

v.

US TRINITY BRIDGEPORT, LLC, Appellee

§   On Appeal from the 271st District Court

§   of Wise County (CV20-08-579)

§   December 23, 2025

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant WCJ Assets, LTD. shall pay all the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach